UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARRY WAYNE ADAMS,<br>      Plaintiff,<br><br>v.<br><br>COUNTY OF CALHOUN,<br>      Defendant. | No. 1:16-CV-678<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 52), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  March 15, 2018                              /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge